**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Gerald Klingner, et al., Civil No. 00-1667 ADM/AJB

Plaintiffs,

v. **PRETRIAL SCHEDULING ORDER**

City of Braham,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery in this action shall be stayed pending hearing and decision on defendant's forthcoming motion for summary judgment based upon immunity grounds.

2. The prevailing party on motion for summary judgment shall contact this Court within 10 days following issuance of a decision by the District Court and shall thereby advise the Court of any need for further conference on scheduling.

3. Nothwithstanding the stay of discovery pursuant to paragraph No. 1 of this Order, plaintiff shall be permitted to take the deposition of the defendant city's Mayor and the City Administrator.

Dated: 10/3/00

Arthur J. Boylan
United States Magistrate Judge

OCT 0 3 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK