# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Gerald Klingner, Gary Klingner
and G&G Investments, Inc

Case No. Civil 00-1667 ADM/AJB

v.

**JUDGMENT IN A CIVIL CASE**

City of Braham, Terry Turnquist,
Mayor of the City of Braham; Braham
city Council and Council Members 2-5;
Sally Hoy, Braham City Administrator;
Beerly Ceaglske, Community Development
Director, City of Braham; and Robert Knowles,
Police Chief of the City of Braham.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

1. Defendants' motion to dismiss, or in the alternative, for summary judgment is GRANTED.

DATE: February 8, 2001

FRANCIS E. DOSAL, CLERK

Mary Kaye Conery, Deputy Clerk